# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Duval** | **Circuit Court** |

Case Number: 16-2021-000672-XXXX-MA

Plaintiff:
**LAUREN HOLDEN, INDIVIDUALLY AND ON BEHAALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**OLD NAVY, LLC**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 9th day of February, 2021 at 11:00 am to be served on **OLD NAVY, LLC C/O CT CORPOROATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Sandra Quinones, do hereby affirm that on the **10th day of February, 2021** at **2:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **OLD NAVY, LLC C/O CT CORPOROATION SYSTEM**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

**Sandra Quinones**
SPS #394

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2021000387
Ref: S&G

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g



Filing # 120845132 E-Filed 02/04/2021 03:09:23 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.

| | |
|---|---|
| LAUREN HOLDEN, individually and on behalf of all others similarly situated, | CLASS ACTION |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| OLD NAVY, LLC, | |
| Defendant. | |
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State:

YOU ARE COMMANDED to serve this summons and a copy of the Complaint, in this action on Defendant:

Old Navy, LLC
c/o CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324

Each Defendant is required to serve written defenses to the Complaint or petition on: Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132, within twenty (20) days after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of ___Feb 05 2021___

JODY PHILLIPS
As Clerk of the Court

*Pamela R. Farrell*
**Deputy Clerk**

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 02/05/2021 07:44:59 AM