Filing # 120845132 E-Filed 02/04/2021 03:09:23 PM

### FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Lauren Holden, Lauren Holden</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Old Navy LLC</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

### III.   TYPE OF CASE     (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 02/05/2021 07:44:59 AM

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation


**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>1</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes  If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Angelica Gentile Gentile</u>        Fla. Bar # <u>102630</u>
        Attorney or party                         (Bar # if attorney)

<u>Angelica Gentile Gentile     </u>        <u>02/04/2021</u>
(type or print name)                    Date

Filing # 120845132 E-Filed 02/04/2021 03:09:23 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.

LAUREN HOLDEN, individually and on behalf of
all others similarly situated,

CLASS ACTION

*Plaintiff*,

JURY TRIAL DEMANDED

vs.

OLD NAVY, LLC,

*Defendant.*
_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the Complaint, in this action on Defendant:

Old Navy, LLC
c/o CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of ___Feb 05 2021___

**JODY PHILLIPS**
As Clerk of the Court

*Pamela R. Harrell*
**Deputy Clerk**

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 02/05/2021 07:44:59 AM

By: _____
　　　As Deputy Clerk



# JODY PHILLIPS

**RECEIPT**
3806004

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
02/05/2021 07:45
Page 1 of 1

| Receipt Number: 3806004 - Date 02/05/2021   Time 7:45AM ||||
|---|---|---|---|
| **Received of:** | Robert Jurewicz<br>14 NE 1st Ave ste.705<br>Miami, FL 33132 |||
| **Cashier Name:** | EFile | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 7120129 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-B(Circuit Court) |||
| **Case# 16-2021-CA-000672-XXXX-MA -- PLAINTIFF: HOLDEN, LAUREN** ||||
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments |||
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 30341631 | 411.00 |
| **Total Received** || 411.00 |
| **Total Paid** || 411.00 |

## The clerk of courts is here to help you.

| | |
|---|---|
| **We can be found online at:** | WWW.DUVALCLERK.COM |
| **The main courthouse Location is:** | Clerk of the Circuit and County Courts<br>Duval County, Florida<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| **The main telephone number is:** | 904-255-2000 |
| **Other Locations:** | Neptune Beach Courthouse Annex<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2021-CA-000672-XXXX-MA

LAUREN HOLDEN,
individually and on behalf of all,
others similarly situated,    **CLASS ACTION**

    Plaintiff,    **JURY TRIAL DEMANDED**

v.

OLD NAVY, LLC,

    Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

PLEASE TAKE NOTICE that Manuel S. Hiraldo of the law firm of Hiraldo P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: February 10, 2021

        Respectfully submitted,

        **HIRALDO P.A.**
        401 E. Las Olas Boulevard, Suite 1400
        Ft. Lauderdale, Florida 33301

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo
        Florida Bar No. 030380
        Email: mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713
        *Counsel for Plaintiff*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

LAUREN HOLDEN, *individually and on behalf of all others similarly situated*,

CASE NO.: 162021CA000672XXXXMA

Plaintiff,

CLASS REPRESENTATION

v.

OLD NAVY, LLC,

Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 1, 2021

Respectfully submitted,
*/s/ Garrett O. Berg*
**SHAMIS & GENTILE, P.A.**
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

                                             Respectfully submitted,
                                             */s/ Garrett Berg*

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2021-CA-000672-XXXX-MA

| | |
|---|---|
| Lauren Holden, *individually and on behalf of all others similarly situated,* | |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| Old Navy, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. _____/ | |

**PLAINTIFF'S NOTICE OF SERVICE OF
FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340, 1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of Documents, and Request for Admissions on Defendant to be answered separately and fully, in writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 9, 2021

By: /s/ *Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

**EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

*/s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915