## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LAUREN HOLDEN, *individually and on behalf of all others similarly situated*,

        Plaintiff,

  v.

OLD NAVY, LLC,

        Defendant.

## **DECLARATION OF JEFFREY HELD**

I, Jeffrey Held, declare as follows:

1. I am currently employed at The Gap, Inc. ("Gap"). I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would competently testify thereto.

2. My title is Senior Director, Web Content Development. I have worked at Gap since August 28, 2008. I have been in my current role for approximately 12 years.

3. Defendant Old Navy, LLC ("Old Navy") is a wholly owned subsidiary of Gap.

4. While employed at Gap, I have gained knowledge regarding Old Navy's website, oldnavy.com and oldnavy.gap.com (the "Old Navy Website"), including the collection and storage of information regarding online purchase information (e.g., name, address, etc.).

5. From February 4, 2019 to February 4, 2021, at least 5,000 sales were made on the Old Navy Website to unique names and billing addresses in the state of Florida.

I declare under penalty of perjury that the foregoing is true and current. Executed on this 10th day of March, 2021 in Santa Rosa, CA.

_____

246222464